IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES J. HUDNALL, SR.,** **AIS # 155690,** | : |
| | : |
| Plaintiff, | |
| | : |
| vs. | CIVIL ACTION 09-00034-CG-B |
| | : |
| **DR. DONNA EARNSHAW, et al.,** | |
| | : |
| Defendants. | |
| | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 20th day of May, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**